■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIMON REYES, Appellant. [23 NYS3d 889]—Judgment, Supreme Court, Bronx County (Ann M. Donnelly, J., at suppression hearing; Richard Lee Price, J., at nonjury trial and sentencing), rendered June 20, 2012, convicting defendant of driving while ability impaired, and sentencing him to a $300 fine, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations, including its assessment of police testimony about defendant's condition upon his arrest.

We reject defendant's various arguments for suppression or preclusion of evidence of his breathalyzer test results. In any event, any error in receiving this evidence was harmless in view of the overwhelming evidence, independent of the breathalyzer test results, that defendant drove while his ability was at least impaired by alcohol (*see People v Crimmins*, 36 NY2d 230 [1975]). Concur—Tom, J.P., Friedman, Sweeny, Acosta and Andrias, JJ.